UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| VANESSA RICHARDSON ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:19-CV-128-FL |
| ANDREW SAUL, Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 22, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,000.00.

**This Judgment Filed and Entered on October 22, 2020, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

October 22, 2020              PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk